# United States District Court
## Western District of North Carolina
## Asheville Division

| | | |
|---|---|---|
| Charles Jordan**,** | **)** | JUDGMENT IN CASE |
| | **)** | |
| Plaintiff, | **)** | 1:22-cv-00062-MR |
| | **)** | |
| vs. | **)** | |
| | **)** | |
| City of Asheville, et al**,** | **)** | |
| | **)** | |
| Defendants. | **)** | |

 DECISION BY COURT. This action having come before the Court  and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's May 11, 2022 Order.

May 11, 2022

*Frank G. Johns*

Frank G. Johns, Clerk
United States District Court